AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

**FEE DUE**

FILED
CLERK, U.S. DISTRICT COURT

FEB - 9 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

DANIEL BOZIN
_Petitioner_

v.

UNITED STATES MARSHELS
Acting Warden D Silva
_Respondent_
(name of warden or authorized person having custody of petitioner)

)
)
)
)
)
)
)
)
)
)

Case No. ___**2:26-CV-01984-WLH-AGR**___
_(Supplied by Clerk of Court)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: DANIEL BOZIN
    (b) Other names you have used: _____
2.  Place of confinement:
    (a) Name of institution: Metropolitan Detention Center
    (b) Address: PO BOX 531500
        LOS ANGELES CA 90053 - 1500
    (c) Your identification number: 32707512
3.  Are you currently being held on orders by:
    ☐ Federal authorities    ☑ State authorities    ☐ Other - explain: _____

4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
          (a) Name and location of court that sentenced you: _____

          (b) Docket number of criminal case: _____
          (c) Date of sentencing: _____
    ☐ Being held on an immigration charge
    ☑ Other (explain): Out of State warrant Pennsylvania
        RETALIATION FOR STATING CNN EXPOSURE
        AND FBI MEETING

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory
maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☒ Other (explain): *retalatory charges - Illegal warrent*
*1st 4th 14th Violations*

6.  Provide more information about the decision or action you are challenging:
(a) Name and location of the agency or court: *US MARSHALS Shatell McDerres*
*Metropoletan Detenten Center*

(b) Docket number, case number, or opinion number:

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: *Retalator 1st 4th*
*Governors warrent - Extuedetion - Younger Abstenten*
*14th violations*

(d) Date of the decision or action: *10-23-2025*

### Your Earlier Challenges of the Decision or Action

7.  **First appeal**
Did you appeal the decision, file a grievance, or seek an administrative remedy?
☐ Yes        ☒ No
(a) If "Yes," provide:
(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) If you answered "No," explain why you did not appeal: *Never allowed*

8.  **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes        ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a second appeal: _____

_____ N A

9.  **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____ N A

10.  **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☒ No

If "Yes," answer the following:

(a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

11.   **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☑ No

If "Yes," provide:

(a)   Date you were taken into immigration custody: _____

(b)   Date of the removal or reinstatement order: _____

(c)   Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes        ☒ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes        ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.   State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Illegal warrant - Police dept administrate stated this to coherse me into silince

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Attorney witness statements inside PA State Courthouse that it violated PA Rule 511 Police Adminstator wistleblower statement this was retaliatoral Illegal

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes        ☒ No

**GROUND TWO:** First Amendment - Chrges filed at first after I stated I would talk to CNN

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Judge of a small town filed a defamation lawsuit HACKENBERG v BOZIN called me a Criminal and stated she was planning to issue a 2nd warrant Retaliation 5 days after I was planning to go on CNN May 29th 2025

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes        ☒ No

**GROUND THREE:** Retaliation Witness Intimidation Threats I will be arrested Felony warrant issued 10-14-2025 by Pennsylvania I met with FBI on 10-14-2025 I got

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I was threated if I were to file a civil rights lawsuit or talk to FBI I would be arrested by a small town of 1300 in Pennsylvania

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes        ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** 4th & 14th amendment violation

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: Invalid PA warrent and confessions on a recorded line that charges will be made up is I were to file any lawsuit Governors warrent was based on original retaliatory warrent 14th violation

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes        ☑ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: Return to California, Stop extrodition pendng a full hearm an emergency TRO and Bail or release

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 2/5/2026

_____  Pro Se
            Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any



BOZIW DANIEL
32707512
Metropolita Detention Center
PO Box 531500
Los Angeles CA 90053-1500

[ LEGAL MAIL
   URGENT ]

NEW

US District Court
Central District of California
350 1st St
Los Angeles CA 90012

LOS ANGELES CA 900

6 FEB 20

FEB 9 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY