JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DANIEL BOZIN, | NO. CV 26-1984-WLH (AGR) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN D. SILVA; UNITED STATES MARSHALS, | |
| Respondents. | |

Pursuant to the Opinion and Order dismissing the Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is summarily dismissed for lack of jurisdiction.

DATED:  March 27, 2026



_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE